# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MARY LEANDRA CLUCK,

        Petitioner,

        v.

CAROL PORTER,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-5015-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Ms. Cluck's Second Amended Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

December 15, 2006                      JAMES R. LARSEN
*Date*                                    *Clerk*

                                            s/ Virginia Reisenauer
                                            *(By) Deputy Clerk*

                                            Virginia Reisenauer